IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

      Petitioner,                                 No. CIV S-08-0970 LKK KJM P

   vs.

D.K. SISTO, et al.,

      Respondents.                             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for the appointment of counsel, contained in his petition, is denied;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this petition challenges a denial of parole, the relevant documents should include the transcript of the April 26, 2007 parole hearing[1] and any documents, reports or letters considered by the panel;

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill, Assistant Attorney General.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

2/terr0970.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct and that the additional materials attached as exhibits are part of the record before the panel, he need not provide a second copy of these things to the court, but may simply note his acceptance of these exhibits in his answer.

2