IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

    Petitioner,                               No. CIV S-08-0970 LKK KJM P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed (docket no. 12).

        Accordingly, IT IS HEREBY ORDERED that respondents notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: October 20, 2008.

_____
U.S. MAGISTRATE JUDGE

2
terr0970.59a

1