IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

      Petitioner,                      No. CIV S-S-08-970 LKK KJM P

   vs.

D.K. SISTO, Warden, et al.,

      Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Respondents have no objection to the dismissal. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2/terr0970.59